IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUTLAW LABORATORY, LP, a Texas limited partnership

        Plaintiff,

vs.

HARPER FINSIH LINE., a Michigan corporation, et al.,

        Defendants.
_____/

CASE NO.: 3:19-cv-13474

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TIA SHELL INC., 10 & LITTLE MACK SHELL, FARS FILL UP INC., HT GAS 7 MART INC., GRATIOT GAS & FOOD MART INC., AND PETRO USA TELEGRAPH STATION INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, OUTLAW LABORATORY, LP, a Texas limited partnership, hereby dismisses the above-entitled action and all claims asserted in the action against Defendant**s, Tia Shell Inc., 10 & Little Mack Shell, Fars Fill Up Inc., HT Gas & Mart Inc., Gratiot Gas & Food Mart Inc., and Petro USA Telegraph Station Inc.,** with prejudice.

Dated: <u>June 29, 2020</u>                    Respectfully Submitted,

<u>/s/ Christopher W. Boss</u>
Christopher W. Boss, Esq.
Florida Bar No.: 13183
**BOSS LAW**
Email: cpservice@bosslegal.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida  33702
Telephone: (727) 471-0039
Facsimile: (888) 449-8792
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of June, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Ramy I. Hijazi
Hijazi Legal Consulting, PLLC
1348 N. Evangeline St.
Dearborn Heights, MI 48127
ramyhijazy10@hotmail.com
*Attorneys for Defendant, Canton Fuel Mart II Inc.*

TIA Shell Inc.
C/O Kaedar Barno
28733 Harper Ave.
St. Clair Shores, MI 48081

10 & Little Mack Shell
C/O George Solaka
20725 E 10 Mile Road
St. Clair Shores, MI 48080

Fars Fill Up Inc.
C/O George Solaka
13500 W 8 Mile Rd.
Oak Park, MI 48237

HT Gas & Mart Inc.
C/O Hossein Tarhini
12 Market St.
Mt. Clemens, MI 48043

Gratiot Gas & Food Mart Inc.
C/O Kahtan Alshabi
32961 Gratiot Ave.
Roseville, MI 48066

Petro USA Telegraph Station Inc.
C/O Sam Shoukri
15333 Merriman Rd.
Livonia, MI 48154

                  **BOSS LAW**

                  /s/*Christopher W. Boss*
                  **Christopher W. Boss, Esq.**